```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
YOHANN FETET and SAID HAOUAL,            :
                                         :
                         Plaintiffs,     :
              -v-                        :    21cv1512 (DLC)
                                         :
ALTICE USA, INC. and UNIVERSAL CABLE     :
HOLDINGS, INC.,                          :
                                         :
                         Defendants.     :
                                         :
                                         :
---------------------------------------- :
                                         :
YOHANN FETET and SAID HAOUAL,            :
                                         :    21cv1532 (DLC)
                         Plaintiffs,     :
              -v-                        :       ORDER
                                         :
ALTICE USA, INC., UNIVERSAL CABLE        :
HOLDINGS, INC., and CSC HOLDINGS, LLC,   :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 19, 2021, 21cv1512 was removed to this Court. On March 12, a related case, 21cv1532, was transferred to this Court's docket. The plaintiffs consent to consolidation of these two cases and the defendants have inquired whether a unified Scheduling Order would be issued for both actions. On March 9, the defendants filed a motion to dismiss in 21cv1512 pursuant to Rule 12(b)(6), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the plaintiffs shall promptly serve the summons and complaint on the defendants in 21cv1532.

IT IS FURTHER ORDERED that the plaintiffs shall file an amended consolidated complaint by March 30, 2021.  It is unlikely that the plaintiffs will have a further opportunity to amend to respond to any arguments presented in the March 9 motion to dismiss.

Dated:    New York, New York
          March 15, 2021

```
                               _____
                                     DENISE COTE
                               United States District Judge
```