```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
YOHANN FETET and SAID HAOUAL,            :
                                         :
                    Plaintiffs,          :
            -v-                          :       21cv1512 (DLC)
                                         :
ALTICE USA, INC. and UNIVERSAL CABLE     :
HOLDINGS, INC.,                          :
                                         :
                    Defendants.          :
                                         :
                                         :
---------------------------------------- :
                                         :
YOHANN FETET and SAID HAOUAL,            :
                                         :       21cv1532 (DLC)
                    Plaintiffs,          :
            -v-                          :           ORDER
                                         :
ALTICE USA, INC., UNIVERSAL CABLE        :
HOLDINGS, INC., and CSC HOLDINGS, LLC,   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 9, 2021, the defendants filed a motion to dismiss the original complaint in 21cv1512 pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of March 15 directed the plaintiffs to file any amended complaint by March 30 and alerted the plaintiffs that they would likely not have another opportunity to amend.  The Order further directed the plaintiffs to promptly serve the defendants in 21cv1532, and they did so on March 24.  On March 23, the plaintiffs in 21cv1512 opposed the defendants'

March 9 motion to dismiss.  On March 30, the defendants in 21cv1512 filed a reply.  The plaintiffs filed an amended consolidated complaint in both actions on March 30.  Accordingly, it is hereby

ORDERED that the defendants' March 9 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants in 21cv1512 and 21cv1532 shall respond to the amended complaint by **April 23**.  If the defendants renew their motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **May 7**.  Defendants' shall file any reply by **May 14**.

Dated:    New York, New York
          March 31, 2021

```
                            _____
                                  DENISE COTE
                          United States District Judge
```