UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
YOHANN FETET and SAID HAOUAL,            :       21cv1512 &
                                         :       21cv1532
                       Plaintiffs,       :         (DLC)
          -v-                            :
                                         :       ORDER OF
ALTICE USA, INC.,                        :       DISCONTINUANCE
                                         :
                       Defendant.        :
---------------------------------------- X

DENISE COTE, District Judge:

 It having been reported to this Court that this case has been settled, it is hereby

 ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 12, 2021**. If no such application is made by that date, the dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated: New York, New York
   August 19, 2021

            _____
              DENISE COTE
          United States District Judge